**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

RECEIVED
2011 NOV 17 A 11: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHARELLE LODER; JACK DOE; JANE DOE; and JAMES DOE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

REESE McKINNEY, Jr., Probate Judge of Montgomery County, in his official capacity and as representative of the class of probate judges in the State of Alabama similarly situated,

Defendant.

Civil Action File No.

2:11-cv-979-MEF

**DECLARATION OF HEIDI BEIRICH**

**Declaration of Heidi Beirich**

I, Heidi Beirich, hereby make this declaration based on my personal knowledge and if called to testify I could and would do so competently as follows:

1. I am above the age of majority, and make the following statements in support of the motion to proceed under a pseudonym filed by Plaintiffs [redacted] ("Jack Doe"), [redacted] ("Jane Doe"), and [redacted] ("James Doe").

2. I am a journalist and social scientist specialized in tracking the activities of domestic extremist groups in the United States. My research focuses primarily on the activities of hate groups targeting racial and ethnic minorities. I earned my Ph.D. in Political Science from Purdue University in 1998. I have studied nativist extremism and the white supremacist fringe of the neo-Confederate movement. I am the co-editor and author of several chapters of Neo-Confederacy: A Critical Introduction, published by the University of Texas Press in 2008.

3. In 2009, I became the Co-Director and Director of Research at the Intelligence Project of the Southern Poverty Law Center. I am a contributing editor to the Intelligence Report and an SPLC spokesperson on domestic extremism. The Intelligence Project publishes an annual count of extremist groups. My office is located in Montgomery, Alabama, and I have particular expertise in organized anti-immigrant groups in Alabama.

4. There are presently thirty-three active hate groups in Alabama. Many of these groups focus on deterring and opposing immigration into their communities. Many regard immigrants and particularly undocumented immigrants as their primary targets. Several of these groups have held anti-immigrant demonstrations in recent years. For example, on May 26, 2007, members of the National Knights of the Ku Klux Klan and the American White Knights of the

Ku Klux Klan held an anti-immigration rally in Tuscubmia, Alabama. On September 15, 2007, the National Knights of the Ku Klux Klan held an anti-immigration rally in Athens, Alabama.

5. These groups have a violent history. The Ku Klux Klan was responsible for countless lynching deaths in Alabama from its formation in 1866 through the 1980s. As recently as 2005, an individual associated with the American White Knights of the Ku Klux Klan pled guilty to making pipe bombs to be detonated on a bus carrying Mexican workers. In 2006, members of the Imperial Klans of America pled guilty to charges arising from the severe beating of a 16 year old U.S. Citizen of Panamanian-Indian descent they believed to be Hispanic.

6. Given the significant anti-immigrant activity occurring in Alabama as orchestrated by groups with a violent history, it is my opinion that immigrants, particularly those of Hispanic descent, who are challenging a policy that prohibits undocumented persons from exercising the right to marry, likely face harassment or worse if their identities became public in a lawsuit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 8th day of November, 2011 in Montgomery, Alabama.

Heidi Beirich